UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| JOVON HUMPHREY, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| VS. | ) ) ) | CIVIL ACTION NO. 3:17-CV-1271-G |
| NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration, | ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The court has under consideration the findings, conclusions and recommendation of United States Magistrate Judge Rebecca Rutherford. No objections were filed. The district court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions, and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

April 19, 2018.

_____
**A. JOE FISH**
**Senior United States District Judge**